

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00739-CR

The **STATE** of Texas,
Appellant

v.

Aldo **GALINDO-ZAMORA**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,800
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's order granting Aldo Galindo-Zamora's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 27, 2023.

_____
Irene Rios, Justice